1  ~~Young Cho~~
   ~~Attorney at Law: 189870~~
2  ~~Law Offices of Lawrence D. Rohlfing~~
   ~~12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670~~
3  ~~Tel.: (562)868-5886~~
   ~~Fax: (562)868-8868~~
4  ~~E-mail: rohlfing.office@rohlfinglaw.com~~

5  ~~Attorneys for Plaintiff~~
   ~~Louis De Armas~~

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS DE ARMAS, | Case No.: CV 12-7373 AN |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,460.00, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   October 17, 2013

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

```
 1  Respectfully submitted,
 2  LAW OFFICES OF Lawrence D. Rohlfing
 3       /s/ Young Cho
        _____
 4  Young Cho
    Attorney for plaintiff Louis De Armas
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```